JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY JOHNNY THOMPSON JR., | Case No. CV 19-2125-JLS (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| WARDEN SWAIN, | |
| Respondent. | |

Pursuant to the Order Granting Respondent's Motion to Dismiss, Dismissing Petition as Moot, and Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 26, 2019

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE